1



Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
LFasulo@fbdmlaw.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021

**Via Electronic Filing**
Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

Re:   *United States v. Angel Rodriguez*
Dkt.   21 Cr. 388

Dear Judge Gardephe,

I represent Mr. Rodriguez in the above-captioned matter. Pursuant to this Court's Order dated July 20th, 2021, defense pretrial motions were due by September 16th. I write to respectfully request a brief extension of time to Wednesday, September 22, 2021 to file any motions, so that I have an opportunity to consult with Mr. Rodriguez about the same. I have consulted with the Government and they consent to this request.

The parties also respectfully propose that the date for the Government to file its opposition be discussed at the status conference set for September 23, 2021. I thank you for your consideration.

Respectfully submitted,

  /s/ Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213

---

**225 Broadway, Suite 715**          **505 Eighth Avenue, Suite 300**          **1086 Teaneck Rd, Suite 3A**
**New York, New York 10007**         **New York, New York 10018**              **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**               **Tel (212) 967-0352**                    **Tel (201) 569-1595**
**Fax (212) 566-8165**               **Fax (201) 596-2724**                    **Fax (201) 596-2724**