UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANGEL RODRIGUEZ,

Defendant.

**ORDER**

21 Cr. 388 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government's opposition to Defendant Angel Rodriguez's motion to suppress (Dkt. No. 19) is due on **October 14, 2021**. Any reply is due on **October 21, 2021**.

There will be a conference in this matter on **November 18, 2021 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. In the event that a hearing is necessary concerning Defendant's suppression motion, it will be conducted at that time.

Dated: New York, New York
September 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge