U.S. Department of Justice

**MEMO ENDORSED**:
The application is granted. The conference currently scheduled for November 18, 2021 will now take place on **December 2, 2021 at 2:00 p.m.** Upon application of the Government and with the Defendant's consent, it is further ordered that the time between November 18, 2021 and December 2, 2021 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will provide the parties with additional time to discuss the possibility of a pretrial resolution in this case.

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

**BY ECF**

The Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Angel Rod*

Dear Judge Gardephe:

As discussed with Chambers, the parties write to respectfully request that the conference currently scheduled for November 18, 2021, be adjourned to December 2, 2021. The parties are available from 1:00 to 2:30 p.m., and anytime after 3:00 p.m., that day.

With the consent of the defendant, the Government also respectfully requests that the time between today and December 2, 2021 – or such new conference date as shall be set by the Court – be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to the extent that it is not already excluded in light of the defendant's pending motion to suppress. The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time to resolve the defendant's pending motion, and will enable the parties to continue to discuss the possibility of a pretrial resolution of this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:   Louis V. Fasulo, Esq. (by ECF)