

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**:
The application is granted. The status conference currently scheduled for December 2, 2021 at 2:00 p.m. will now take place on December 2, 2021 **at 3:00 p.m.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: November 19, 2021

**Re:** *United States v. Angel Rodriguez*
*Case No.: 21 Cr. 388 (PGG)*

Dear Judge Gardephe,

The above referenced matter was adjourned to December 2 at 2 pm, at which time I am scheduled to appear before Judge Preska for a plea hearing. As a result, I respectfully request the Court re-schedule the conference to 3pm or thereafter.

The Government has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   Jonathan Bodansky, AUSA

**225 Broadway, Suite 715**         **505 Eighth Avenue, Suite 300**         **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**         **New York, New York 10018**            **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**               **Tel (212) 967-0352**                  **Tel (201) 569-1595**
**Fax (212) 566-8165**               **Fax (201) 596-2724**                  **Fax (201) 596-2724**