UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANGEL RODRIGUEZ,

Defendant.

**ORDER**

21 Cr. 388 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for today is adjourned to **December 16, 2021, at 4:00 p.m.** The conference will proceed in Courtroom 705 of the U.S. Courthouse, 40 Foley Square. At the next conference, the Court expects to deliver a bench ruling on the pending motion to suppress. (Dkt. No. 19) The Court has concluded that a hearing is not necessary to resolve the motion.

Dated: New York, New York
       December 2, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge