UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ANGEL RODRIGUEZ,

                Defendant.

**ORDER**

21 Cr. 388 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated today in open court, the Defendant will be detained pending sentencing.

Dated: New York, New York
       March 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge