UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANGEL RODRIGUEZ,

Defendant.

**ORDER**

21 Cr. 388 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Defendant's sentencing, currently scheduled for July 11, 2022, is adjourned

to **Thursday, July 28, 2022, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        July 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge