

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

July 8, 2022

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**:
The Defendant's sentencing, previously scheduled for July 28, 2022, is adjourned to **September 8, 2022, at 3:00 p.m.**

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: July 14, 2022

*Re:    United States v. Angel Rodriguez*
*       Case No.: 21 Cr. 388 (PGG)*

Dear Judge Gardephe,

    I was assigned to represent Angel Rodriguez in the above referenced matter. The Court recently re-scheduled the sentencing hearing in this case from July 11 to July 28. I will be out of the country on a previously scheduled teaching assignment in Oxford on July 28. In addition, I have a previously scheduled trip immediately following the teaching assignment and will be returning in late August. As a result, I respectfully request an adjournment of the sentencing currently scheduled for July 28 to a date in September amenable to the Court.

    The Government has no objection to this request.

    Thank you for your consideration. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:    AUSA