

**FASULO GIORDANO & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. — NY & NJ
Charles DiMaggio, Esq. — NY

www.fgdmlaw.com

March 23, 2026

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Angel Rodriguez*
        *Case No.: 21 Cr. 388 (PGG)*

Dear Judge Gardephe,

**MEMO ENDORSED:** The application is granted.  The conference currently scheduled for March 26, 2026, is adjourned to **April 21, 2026, at 11:00 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated:  March 24, 2026

        I represent defendant Angel Rodriguez, who has a Violation of Supervised Release hearing scheduled for Thursday, March 26. I respectfully request a 30-day adjournment of the conference to obtain information on the status of the outstanding state case and discuss possible disposition.

        The Government has no objection to this request.

        We thank the Court for its consideration.

Respectfully submitted,

*Louis V. Fasulo*
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:     AUSA (via ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

Page 1 of 1