

FASULO GIORDANO & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

April 17, 2026

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  April 20, 2026

**Re:    *United States v. Angel Rodriguez***
         ***Case No.: 21 Cr. 388 (PGG)***

Dear Judge Gardephe,

I was previously assigned to represent Angel Rodriguez, who has a conference scheduled for Tuesday, April 21 at 11 am. I also now have another matter before Judge Vyskocil that was re-scheduled by the Court for the same date and time.

Since the other court matter is a sentencing hearing, with an interpreter scheduled for the case, and because I do not anticipate that the matter before Your Honor will be resolved on Tuesday, I respectfully request this Court advance the time for the conference from 11am to 10am on April 21. In that way, I may attend to both cases on the same date.

Probation has been informed about this request.

I apologize for any inconvenience and thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:    AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

Page 1 of 1