UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ANGEL RODRIGUEZ,

Defendant.

**ORDER**

21 Cr. 388 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this matter on **June 23, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 21, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge