

**FASULO GIORDANO & DI MAGGIO, LLP**

## ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

June 22, 2026

Re:    *United States v. Angel Rodriguez*
       *Case No.: 21 Cr. 388 (PGG)*

**MEMO ENDORSED**

*The conference is adjourned to July 20, 2026 at 11:00 A.M.*

**SO ORDERED:**

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

**Dated:** *June 22, 2026*

Dear Judge Gardephe,

I was previously assigned to represent Angel Rodriguez in the above referenced matter, which is scheduled for a conference tomorrow, June 23, 2026. For the reasons stated herein, I respectfully request an adjournment.

I am in the process of obtaining the status of Mr. Rodriguez's state cases, some of which remain outstanding. In order to provide sufficient time to obtain the status of the state cases and then proceed in the instant matter, I respectfully request an adjournment of this case to July 10, 13, or sometime thereafter. Should the Court choose a date other than the ones provided, I will have my partner appear on my behalf as I will be unavailable due to a previously scheduled teaching engagement.

The Government defers to Probation regarding this request. Probation has no objection.

We thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:    AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

Page 1 of 1